B139

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YURIY SERGEYEVICH ANDRIENKO<br>SERGEY VLADIMIROVICH DETISTOV<br>PAVEL VALERYEVICH FROLOV<br>ANATOLIY SERGEYEVICH KOVALEV<br>ARTEM VALERYEVICH OCHICHENKO<br>PETR NIKOLAYEVICH PLISKIN | Criminal No. 20-316<br><br>[UNDER SEAL]<br><br>FILED<br>OCT 15 2020<br>CLERK U.S. DISTRICT COURT<br>WEST. DIST. OF PENNSYLVANIA |

MOTION TO SEAL INDICTMENT
AND ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jessica Lieber Smolar, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order sealing the Indictment returned in this case, and the Arrest Warrants issued pursuant to said Indictment. In further support of this Motion, the United States avers as follows:

1. The United States has presented an indictment to the grand jury now in session in the City of Pittsburgh, Pennsylvania.

2. The aforesaid Indictment charges the above-named defendants with violating Title 18, United States Code, Sections 371, 3559(g)(1), 1349, 1343, 1030(a)(5)(A), 1030(c)(4)(B), 1028A(a)(1), 1028A(b), 1028A(c)(4) and 2.

3. The Indictment has been returned by the grand jury to this Honorable Court, and Arrest Warrants have been requested by the government.

4. The United States deems it prudent, in the interest of justice and integral to

the integrity of the grand jury process that the Indictment returned by the grand jury and Arrest Warrants issued thereby, together with this Motion and Order to Seal, be sealed until further Order of Court to ensure that the arrest of the defendants not be compromised and that the secrecy of the grand jury proceedings be maintained to prevent disclosure of matters occurring before the grand jury.

WHEREFORE, the United States of America respectfully requests that the Court issue an Order sealing the Indictment in this case, and the Arrest Warrants issued thereby, together with this Motion and Order, until further Order of Court.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: *s/ Jessica Lieber Smolar*
JESSICA LIEBER SMOLAR
Assistant U.S. Attorney
PA ID No. 65406