# EXHIBIT A

YURIY SERGEYEVICH ANDRIENKO
(Юрий Сергеевич Андриенко)

SERGEY VLADIMIROVICH DETISTOV
(Сергей Владимирович Детистов)





PAVEL VALERYEVICH FROLOV
(Павел Валерьевич Фролов)

ANATOLIY SERGEYEVICH KOVALEV
(Анатолий Сергеевич Ковалев)





ARTEM VALERYEVICH OCHICHENKO
(Артем Валерьевич Очиченко)

PETR NIKOLAYEVICH PLISKIN
(Петр Николаевич Плискин)



